**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted February 21, 2012
Decided May 15, 2012

*Before*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 09-1666

| | |
|---|---|
| IRVING L. CROSS, | Appeal from the United States District |
|    *Petitioner-Appellant*, | Court for the Northern District of Illinois, |
| | Eastern Division. |
|   *v.* | |
| | No. 1:05-cv-05692 |
| MARCUS HARDY, Acting Warden, | |
|    *Respondent-Appellee*. | William J. Hibbler, |
| | *Judge*. |

**O R D E R**

Pursuant to the decision of the Supreme Court in *Hardy v. Cross*, 132 S. Ct. 490 (2012), which reversed our decision in *Cross v. Hardy*, 632 F.3d 356 (7th Cir. 2011), the judgment of the district court is **AFFIRMED**.